# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

CHRISTIE MANTIA,                              :

     Plaintiff,                              :
                             Case No. 3:14cv00262

 vs.                                           :

                                District Judge Thomas M. Rose

CAROLYN W. COLVIN,                            :    Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,                      :

     Defendant.                              :

---

# DECISION AND ENTRY

---

       The Court has reviewed the Report and Recommendations of Chief United States

Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally

referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed

thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

       Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on June 1, 2015 (Doc. #13) is
   ADOPTED in full;

2. The parties' Joint Motion for Remand (Doc. #12) is GRANTED;

3. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and
   against Defendant reversing Defendant's final decision and remanding this
   matter to the Social Security Administration pursuant to sentence four of 42
   U.S.C. § 405(g) for further proceedings consistent with this Decision and Entry
   and the Report and Recommendations; and

4.  The case is terminated on the docket of this Court.

June 19, 2015                                    *s/Thomas M. Rose

_____
                                        Thomas M. Rose
                                  United States District Judge