**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CHRISTIE MANTIA, | : | |
|     Plaintiff, | : | Case No. 3:14cv00262 |
| vs. | : | District Judge Thomas M. Rose |
| | | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
|     Defendant. | : | |

---

## DECISION AND ORDER

---

    This case is before the Court upon Plaintiff's Motion For Attorney Fees Under The Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d) (Doc. #16).  The Commissioner has not filed a Memorandum in Opposition or otherwise responded to Plaintiff's Motion.

    Plaintiff seeks an award of attorney fees under the EAJA in the amount of $4,138.86 for attorney work performed in this case and in this Court.  In the absence of opposition or response by the Commissioner, Plaintiff's Motion and supporting documents establish that she is entitled to an award of attorney fees under the EAJA in the total amount she seeks.

    Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Application For Fees And Expenses Pursuant To The Equal Access To Justice Act (Doc. #16) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees under the EAJA in the total amount of $4,138.86; and

    3.   The case remains terminated on the docket of this Court.

August 13, 2015                                 \*s/Thomas M. Rose

                                        _____

                                        Thomas M. Rose
                                United States District Judge